UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **CATHERINE A. MOBLEY,**<br>Plaintiff,<br><br>vs.<br><br>**ALLSTATE INSURANCE COMPANY**<br>**a/k/a ALLSTATE PROPERTY AND**<br>**CASUALTY INSURANCE**<br>**COMPANY,**<br>Defendant. | 1:04-cv-1430- SEB-VSS |

## JUDGMENT

In accordance with the entry issued this date, Allstate's Motion for Summary Judgment is **GRANTED** and judgment is hereby entered in favor of the Defendant.

IT IS SO ORDERED.

Date: 09/22/2006

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Kevin W. Betz
BETZ & ASSOCIATES
kbetz@kbetzlaw.com

Sandra L. Blevins
BETZ & ASSOCIATES
sblevins@betzadvocates.com

Susan W. Kline
BAKER & DANIELS
swkline@bakerd.com

Alan L. McLaughlin
BAKER & DANIELS
alan.mclaughlin@bakerd.com